defendant into paying a debt on a void sale, all with the requisite culpable mental state. The trial court, therefore, erred in granting Regency's motion for a judgment notwithstanding the verdict and overturning the jury's award of punitive damages. We reverse the JNOV in Regency's favor and remand with directions to reinstate the verdict in Brockman's favor in the amount of $30,000 as punitive damages.

BRECKENRIDGE, P.J., and SMITH, J., concur.

imprisonment. He contends the trial court plainly erred in permitting the prosecutor's improper remarks during closing argument. Upon review of the record, we find no error and affirm the trial court's judgment. The parties have been furnished with a memorandum explaining the reasons for our decision, because a published opinion would have no precedential value.

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Charles F. TURNER, Appellant.**

**No. WD 62459.**

Missouri Court of Appeals, Western District.

Jan. 20, 2004.

**Deborah Jane LEE (f/k/a Gornbein), Appellant,**

v.

**Randall Jay GORNBEIN, Respondent.**

**No. WD 62161.**

Missouri Court of Appeals, Western District.

Jan. 20, 2004.

Ellen H. Flottman, Columbia, MO, for Appellant.

John M. Morris, III, Jefferson City, MO, for Respondent.

Before EDWIN H. SMITH, P.J., HOLLIGER and HARDWICK, JJ.

### ORDER

PER CURIAM.

Charles Turner appeals his conviction for second degree assault, Section 565.060 RSMo 2000, and sentence of twelve years